UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

09-60124-CR-ZLOCH/MATTHEWMAN

THE UNITED STATES OF AMERICA, )
)
PLAINTIFF, )
)
VS. )
)
NICHOLAS FIORE, )
)
DEFENDANT. )
______________________________)

TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON WEDNESDAY, JANUARY 6, 2020, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT: PAUL SCHWARTZ, A.U.S.A.
500 E. BROWARD BLVD., 7TH FLOOR
FT. LAUDERDALE, FL 33301 - 954 356-7255

FOR THE DEFENDANT: JEFFREY D. WEINKLE, ESQ.
19 W. FLAGLER STREET, SUITE 407
MIAMI, FL 33130 - 305 373-4445

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

(FORT LAUDERDALE, BROWARD COUNTY, FLORIDA; WEDNESDAY, JANUARY 6, 2010, IN OPEN COURT.)

THE COURT: GOOD MORNING. PLEASE BE SEATED.

CALLING CASE NUMBER 09-60124-CRIMINAL, UNITED STATES OF AMERICA VERSUS NICHOLAS FIORE.

COUNSEL, WOULD YOU NOTE YOUR APPEARANCES.

MR. SCHWARTZ: GOOD MORNING, YOUR HONOR. PAUL SCHWARTZ ON BEHALF OF THE GOVERNMENT.

THE COURT: GOOD MORNING.

MR. WEINKLE: JEFFREY WEINKLE ON BEHALF OF NICHOLAS FIORE. HE IS ALSO PRESENT BEFORE THE COURT.

THE COURT: GOOD MORNING, COUNSEL.

MR. WEINKLE: GOOD MORNING.

THE COURT: LET THE RECORD REFLECT THAT NICHOLAS FIORE IS PRESENT AND IN THE COURTROOM.

CAN I HAVE THE REPRESENTATIVE FROM THE PROBATION OFFICE NOTE HER APPEARANCE.

THE PROBATION OFFICER: YES. GOOD MORNING, YOUR HONOR. HEATHER HAUPTLY WITH PROBATION.

THE COURT: GOOD MORNING.

WE ARE HERE FOR SENTENCING.

MR. WEINKLE, HAVE YOU READ IN ITS ENTIRETY THE REVISED PRESENTENCE REPORT AND THE ADDENDUM TO IT?

MR. WEINKLE: YES, SIR.

THE COURT: AND HAVE YOU DISCUSSED THOSE PAPERS FULLY

WITH YOUR CLIENT?

MR. WEINKLE: YES, SIR, I HAVE.

THE COURT: ARE THERE ANY OBJECTIONS OR ANY MOTIONS FROM THE DEFENSE?

MR. WEINKLE: NOT AS TO THE REVISED PSR.

THE COURT: ALL RIGHT. THANK YOU.

MR. WEINKLE, ARE YOU PRIVATELY RETAINED?

MR. WEINKLE: NO, SIR.

THE COURT: THANK YOU.

MR. FIORE, HAVE YOU READ IN ITS ENTIRETY THE REVISED PRESENTENCE REPORT AND THE ADDENDUM TO IT?

THE DEFENDANT: YES, I HAVE.

THE COURT: AND HAVE DISCUSSED THOSE PAPERS FULLY WITH YOUR LAWYER?

THE DEFENDANT: YES, YOUR HONOR.

THE COURT: DO YOU HAVE ANY OBJECTIONS OR ANY MOTIONS TO ANYTHING CONTAINED IN THE REVISED PSR?

THE DEFENDANT: NO, YOUR HONOR.

THE COURT: ARE THERE ANY FROM THE GOVERNMENT.

MR. SCHWARTZ: NO, YOUR HONOR.

THE COURT: ALL RIGHT. MR. FIORE, IF YOU WILL STEP UP TO THE PODIUM, PLEASE.

NICHOLAS FIORE, YOU NOW BEING AGAIN BEFORE THIS COURT ACCOMPANIED BY YOUR LAWYER, AND YOU PREVIOUSLY HAVING PLED GUILTY TO THE OFFENSE CHARGED IN THE ONE COUNT INDICTMENT OF

THE UNITED STATES OF AMERICA VERSUS NICHOLAS FIORE, CASE NUMBER 09-60124-CR-ZLOCH OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND THE COURT HAVING PREVIOUSLY ADJUDGED YOU GUILTY OF THE OFFENSE CHARGED IN THAT ONE COUNT INDICTMENT, DO YOU OR DOES ANYONE ON YOUR BEHALF NOW HAVE ANY LEGAL REASON TO SHOW WHY THE SENTENCE OF THE LAW SHOULD NOT BE PRONOUNCED UPON YOU?

THE DEFENDANT: NO, SIR.

THE COURT: NO LEGAL REASON HAVING BEEN SHOWN AS TO WHY SENTENCE SHOULD NOT NOW BE IMPOSED THE COURT WILL RECEIVE WHATEVER INFORMATION OR EVIDENCE MAY BE OFFERED IN EXTENUATION OR IN MITIGATION OF PUNISHMENT OR WHICH IS OTHERWISE RELEVANT TO THE SENTENCE TO BE IMPOSED.

COUNSEL?

MR. WEINKLE: YOUR HONOR, I KNOW THAT MR. FIORE WOULD LIKE TO ADDRESS THE COURT. ALSO PRESENT IS HIS WIFE RANDI FIORE.

IF I MAY, BOTH THE GOVERNMENT AND I ARE RECOMMENDING THAT THE COURT ENTER A SENTENCE OF 27 MONTHS, WHICH IS THE LOW END OF THE GUIDELINES. IF YOU ARE INCLINED TO FOLLOW THAT RECOMMENDATION THEN IT WOULDN'T BE NECESSARY FOR ME TO MAKE THIS PRESENTATION.

THE COURT: WELL, LOOK, GO AHEAD AND DO WHAT YOU THINK YOU NEED TO DO ON BEHALF OF YOUR CLIENT. I MEAN, GO AHEAD AND DO WHAT YOU THINK YOU HAVE TO DO.

MR. WEINKLE: YOUR HONOR, I WOULD LIKE TO CALL RANDI FIORE, PLEASE.

THE COURT: WELL, THIS IS HIS MOTHER?

MR. WEINKLE: HIS WIFE, YOUR HONOR.

THE COURT: HIS WIFE. I'M SORRY. I DON'T HAVE MY GLASSES ON. I APOLOGIZE.

GOOD MORNING. IF YOU WILL JUST STATE YOUR NAME FOR THE REPORTER, PLEASE.

MS. FIORE: RANDI FIORE.

THE COURT: AND JUST MOVE A LITTLE CLOSER TO THAT MICROPHONE.

YES. WHAT WOULD YOU LIKE TO SAY?

MS. FIORE: THAT IF YOU FIND IT IN YOUR HEART TO PLEASE GIVE HIM THE LOW END OF THE SENTENCE. IT'S BEEN EXTREMELY ROUGH AND A HUGE HARDSHIP FOR ME AND HIS CHILDREN. AND -- BEFORE I JUST BURST OUT CRYING. THANK YOU.

THE COURT: I KNOW IT IS VERY DIFFICULT FOR YOU TO COME HERE TODAY AND I THANK YOU FOR YOUR COMMENTS. THANK YOU, MRS. FIORE.

MR. WEINKLE: YOUR HONOR, IF I MAY, MR. FIORE WOULD LIKE TO ADDRESS THE COURT.

THE COURT: YES. MR. FIORE, WHAT WOULD YOU LIKE TO SAY, SIR?

THE DEFENDANT: I WOULD LIKE TO APOLOGIZE TO THE COURT FOR WHAT I'VE DONE. IT'S JUST THAT MY FINANCIAL SITUATION AT

THE TIME MISLED ME. I THOUGHT I WOULD GET MYSELF OUT OF TROUBLE. IT SEEMED LIKE I PUT MYSELF DEEPER INTO TROUBLE. I WOULD JUST LIKE TO APOLOGIZE TO THE COURT.

THE COURT: ALL RIGHT. THANK YOU VERY MUCH, SIR.

THE DEFENDANT: THANK YOU.

THE COURT: ANYTHING ELSE MR. WEINKLE?

MR. WEINKLE: NO, YOUR HONOR.

I THINK THE PROBATION OFFICER, MISS HAUPTLY, HAS DONE A VERY COMMENDABLE JOB OUTLINING MR. FIORE'S FINANCIAL AND SOCIAL BACKGROUND. I REALLY HAVE NOTHING FURTHER TO ADD, YOUR HONOR.

THE COURT: THANK YOU VERY MUCH, SIR.

WHAT SAY THE UNITED STATES?

MR. SCHWARTZ: YES, YOUR HONOR.

THE GOVERNMENT WOULD RECOMMEND THE LOW END OF THE ADVISORY GUIDELINE RANGE WHICH IS 27 MONTHS. I THINK THAT'S APPROPRIATE.

THE COURT: ALL RIGHT. THANK YOU.

MR. FIORE, WILL IF YOU WILL STEP UP TO THE PODIUM, PLEASE.

NICHOLAS FIORE, THE COURT BEING FULLY INFORMED OF THE FACTS AND CIRCUMSTANCES SURROUNDING THE CRIME AND NO LEGAL REASON HAVING BEEN SHOWN AS TO WHY SENTENCE SHOULD NOT NOW BE IMPOSED, AFTER CONSIDERATION OF STATEMENTS BY ALL PARTIES AND A COMPLETE VIEW OF THE ENTIRE REVISED PRESENTENCE INVESTIGATION

REPORT, WHICH CONTAINS THE ADVISORY GUIDELINE COMPUTATION AND RANGE WHICH THIS COURT HAS CONSIDERED. THE COURT HAS ALSO CONSIDERED ALL OF THE STATUTORY FACTORS.

FURTHER, IT IS THE FINDING OF THE COURT THAT MR. FIORE IS NOT ABLE TO PAY A FINE. THEREFORE, NO FINE SHALL BE IMPOSED.

ACCORDINGLY, PURSUANT TO THE SENTENCING REFORM ACT OF 1984, IT IS THE JUDGMENT OF THE COURT AND THE SENTENCE OF THE LAW THAT NICHOLAS FIORE IS HEREBY COMMITTED TO THE CUSTODY OF THE UNITED STATES BUREAU OF PRISONS TO BE IMPRISONED FOR A TERM OF 27 MONTHS AS TO THE ONE COUNT INDICTMENT.

UPON RELEASE FROM IMPRISONMENT MR. FIORE SHALL BE PLACED ON SUPERVISED RELEASE FOR A TERM OF THREE YEARS.

WITHIN 72 HOURS OF RELEASE MR. FIORE SHALL REPORT IN PERSON TO THE PROBATION OFFICE IN THE DISTRICT TO WHICH HE IS RELEASED.

WHILE ON SUPERVISED RELEASE HE SHALL NOT COMMIT ANY CRIMES, HE SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS DEVICES, HE SHALL NOT POSSESS A CONTROLLED SUBSTANCE, HE SHALL COOPERATE IN THE COLLECTION OF DNA, AND SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE INCLUDING THE FOLLOWING SPECIAL CONDITIONS.

ONE, THERE SHALL BE A FINANCIAL DISCLOSURE REQUIREMENT; TWO, THERE SHALL BE AN EMPLOYMENT REQUIREMENT; THREE, THERE SHALL BE A SELF-EMPLOYMENT RESTRICTION; AND, FOUR,

THERE SHALL BE A PERMISSIBLE SEARCH REQUIREMENT ALL AS NOTED MORE SPECIFICALLY IN PART G OF THE REVISED PRESENTENCE REPORT.

IT IS FURTHER ORDERED THAT MR. FIORE SHALL PAY IMMEDIATELY TO THE UNITED STATES A SPECIAL ASSESSMENT OF $100.

DOES THAT COVER EVERYTHING, MADAM PROBATION OFFICER?

THE PROBATION OFFICER: YES, YOUR HONOR, IT DOES.

THE COURT: THE COURT ADOPTS THE FACTUAL FINDINGS AND ADVISORY GUIDELINE COMPUTATION, THE TOTAL OFFENSE LEVEL, THE CRIMINAL HISTORY CATEGORY, THE IMPRISONMENT RANGE, THE SUPERVISED RELEASE RANGE, AND THE FINE RANGE AS SET FORTH IN THE REVISED PSR.

NO FINE HAS BEEN IMPOSED FOR THE REASONS PREVIOUSLY STATED. RESTITUTION IS NOT APPLICABLE. THE SENTENCE IS WITHIN THE ADVISORY GUIDELINE RANGE, THAT RANGE DOES NOT EXCEED 24 MONTHS AND THE COURT FINDS NO REASON TO DEPART OR VARY FROM A SENTENCE CALLED FOR BY THE GUIDELINES.

MR. WEINKLE, DOES THE DEFENSE HAVE ANY OBJECTION TO ANY OF THE FINDINGS OF FACTS OR CONCLUSIONS OF LAW MADE BY THE COURT HERE THIS MORNING?

MR. WEINKLE: NO OBJECTIONS, JUDGE.

THE COURT: MR. FIORE, DO YOU HAVE ANY?

THE DEFENDANT: NO, SIR.

THE COURT: ANY FROM THE GOVERNMENT?

MR. SCHWARTZ: NO, YOUR HONOR.

THE COURT: DOES THE DEFENSE HAVE ANY OBJECTION TO THE

MANNER OR PROCEDURE IN WHICH SENTENCE HAS BEEN IMPOSED OR THAT THIS HEARING HAS BEEN CONDUCTED, MR. WEINKLE?

MR. WEINKLE: NO, SIR, NO OBJECTION.

THE COURT: MR. FIORE?

THE DEFENDANT: NO, SIR.

THE COURT: ANY FROM THE GOVERNMENT?

MR. SCHWARTZ: NO, SIR.

THE COURT: MR. FIORE, THE COURT NOW INFORMS YOU, SIR, THAT YOU HAVE 10 DAYS FROM TODAY WITHIN WHICH TO APPEAL THE SENTENCE IMPOSED. YOUR FAILURE TO APPEAL WITHIN THE 10-DAY TIME PERIOD SHALL CONSTITUTE AWARE OF YOUR RIGHT TO APPEAL.

I WILL APPOINT MR. WEINKLE TO CONTINUE TO REPRESENT YOU FOR THE PURPOSE OF ANY APPEAL THAT YOU MIGHT WISH TO PURSUE. THE CLERK OF THE COURT WOULD FILE A NOTICE OF APPEAL ON YOUR BEHALF IF YOU REQUESTED THE CLERK OF THE COURT TO DO SO.

ANYTHING ELSE FROM THE DEFENSE?

MR. WEINKLE: YES, YOUR HONOR.

WE WOULD REQUEST THE COURT RECOMMEND TO THE BUREAU OF PRISONS THAT MR. FIORE BE DESIGNATED TO THE FACILITY IN SOUTH MIAMI. IN THE EVENT THAT THAT IS UNAVAILABLE TO HIM JUST AS CLOSE TO SOUTH FLORIDA AS POSSIBLE.

THE COURT: I WILL MAKE IT A BROAD RECOMMENDATION THEN. THE COURT RECOMMENDS A FEDERAL FACILITY IN SOUTH FLORIDA.

MR. WEINKLE: THANK YOU, SIR.

THE COURT: ANYTHING ELSE FROM THE DEFENSE?

MR. WEINKLE: NO, YOUR HONOR.

THE COURT: FROM THE GOVERNMENT?

MR. SCHWARTZ: NO, YOUR HONOR.

THE COURT: ALL RIGHT, COUNSEL, THANK YOU VERY MUCH.

MR. FIORE, YOU ARE REMANDED TO THE CUSTODY OF THE UNITED STATES MARSHAL.

THE COURT ITS IN RECESS.

EVERYONE A HAVE A GREAT WEEK.

\- - -

C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 10 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF FORT LAUDERDALE, FLORIDA, IN THE MATTER THEREIN STATED.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 30TH DAY OF SEPTEMBER 2012.

/S/CARL SCHANZLEH
CARL SCHANZLEH, RPR-CM
OFFICIAL FEDERAL COURT REPORTER
299 EAST BROWARD BLVD., 202B
FORT LAUDERDALE, FL 33301
TELEPHONE 954/769-5488